UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY MARTIN BELLUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant | Case No. 2:20-cv-01684-JDP<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 14 |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file his Motion for Summary Judgment herein is hereby extended for a period of 35 days. Plaintiff's Motion is due Friday, July 16. This request, if approved, would extend the filing date to Friday, August 20.

//

//

This 35 extension is requested because of the workload on other court matters by attorney Ralph Wilborn, who is assisting plaintiff's lead attorney in this matter. This is plaintiff's first request for an extension of time.

Dated: July 21, 2021              /s/ David J. Linden
                                  DAVID J. LINDEN
                                  Attorney at Law
                                  Attorney for Plaintiff


Dated: July 21, 2021              /s/ Oscar Gonzalez de Llano
                                  [Authorized via electronic mail 07/08/2021]
                                  OSCAR GONZALES DE LLANO
                                  Special Assistant United States Attorney
                                       Of Attorneys for Defendant

## ORDER

The parties' stipulation, ECF No. 14, is construed as a motion and granted.

IT IS SO ORDERED.

Dated:   July 21, 2021            _____
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE