UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY MARTIN BELLUCCI,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-01684-JDP (SS)<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 20 |

IT IS HEREBY STIPULATED by the between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file his Opposition to Defendant's Cross-Motion for Summary Judgment herein is hereby extended to a period of 30 days. Plaintiff's pleading is currently due Wednesday, November 17.

This extension is requested by plaintiff's counsel because of additional time needed for recovery from a significant back injury to associate counsel for plaintiff. Plaintiff's request is supported by the Declaration of David J. Linden which is filed concurrently with this Stipulation.

If approved, plaintiff's time to file his Opposition is extended from November 18 to Friday, December 17, 2021.

Dated: November 15, 2021       /s/ David J. Linden
                               DAVID J. LINDEN
                               Attorney at Law
                               Attorney for Plaintiff


                               PHILIP A. TALBERT
                               Acting United States Attorney


Dated:  November 15, 2021       /s/ Kristine Vitemb
                               (Authorized via email November 15, 2021)
                               KRISTINE VITEMB
                               Special Assistant US Attorney
                               Of Attorneys for Defendant

Bellucci v. Kijakazi, 2:20-cv-01684-JDP (SS), Stipulation and Order Extending
     Plaintiff's Time to File Plaintiff's Opposition and Reply -2

**ORDER**

The parties' stipulation, ECF No. 20, is construed as a joint motion and granted.

IT IS SO ORDERED.

Dated:   November 15, 2021                          _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE